THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HEATHER ALFF,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WALMART, INC.,<br><br>　　　　Defendant. | No. 2:12-cv-00057-RSL<br><br><br>ORDER OF DISMISSAL |

Based upon the Stipulated Motion of Dismissal filed by the parties, it is hereby:

ORDERED that the above-captioned matter be dismissed with prejudice as to all parties and without attorney's fees or costs to any party.

DATED this 7th day of March, 2013.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL - 1
2:12-cv-00057-RSL

Gordon & Rees LLP
701 5th Avenue, Suite 2100
Seattle, WA  98104
Ph: 206-695-5100
Fax: 206-689-2822

WALM/1078495/14930093v.1